**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/9/2023

**MASON TENDERS DISTRICT COUNCIL WELFARE FUND ET AL,**

  **Plaintiffs,**

  -against-

**BLADE CONTRACTING, INC.,**

  **Defendants.**

22-cv-09609 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 10, 2022, Plaintiffs filed a Complaint commencing this action against Defendant Blade Contracting, Inc. ECF No. 1. Defendant was served on November 17, 2022 and Defendant's answer was due December 8, 2022. *See* Affidavit of Service, ECF No. 7. To date, Defendant has not appeared or responded to Plaintiffs' Complaint. On February 2, 2023 the Clerk of the Court entered a Certificate of Default. ECF No. 12. To date, Plaintiffs have not sought default judgment in accordance with this Court's Individual Practices. *See* Attachment A to Individual Practices.

Plaintiffs are **ORDERED** to move for default judgment in accordance with this Court's Individual Practices on or by **February 23, 2023**.

**SO ORDERED.**

Dated:   **February 9, 2023**
         **New York, New York**

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**