UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, MASON TENDERS DISTRICT COUNCIL PENSION FUND, MASON TENDERS DISTRICT COUNCIL ANNUITY FUND, MASON TENDERS DISTRICT COUNCIL TRAINING FUND, MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND, and DOMINICK GIAMMONA, as Funds' Contributions/Deficiency Manager,<br><br>                Plaintiffs,<br><br>-v-<br><br>BLADE CONTRACTING, INC. and BLADE GENERAL CONTRACTING, INC.,<br><br>                Defendants. | CIVIL ACTION NO.: 22 Civ. 9609 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 32) (the "PCMP"), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for July 5, 2023 is CANCELLED. The Court will enter the PCMP by separate order.

A status conference is scheduled for **Wednesday, October 11, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for July 5, 2023.

Dated: New York, New York
June 29, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2