UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, MASON TENDERS DISTRICT COUNCIL PENSION FUND, MASON TENDERS DISTRICT COUNCIL ANNUITY FUND, MASON TENDERS DISTRICT COUNCIL TRAINING FUND, MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND, and DOMINICK GIAMMONA, as Funds' Contributions/Deficiency Manager, <br><br> Plaintiffs, <br><br> -v- <br><br> BLADE CONTRACTING, INC. and BLADE GENERAL CONTRACTING, INC., <br><br> Defendants. | CIVIL ACTION NO.: 22 Civ. 9609 (JGLC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, October 11, 2023 (the "Conference"), the Court orders as follows:

1. By **October 20, 2023**, Plaintiffs shall provide supplemental responses to Defendants' interrogatories 6-10, revised as discussed during the Conference.

2. The fact discovery deadline remains **November 10, 2023**, and the parties' deadline to file a joint letter certifying the close of fact discovery remains **November 17, 2023**.

Dated: New York, New York
October 11, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**