UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, MASON TENDERS DISTRICT COUNCIL PENSION FUND, MASON TENDERS DISTRICT COUNCIL ANNUITY FUND, MASON TENDERS DISTRICT COUNCIL TRAINING FUND, MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND, and DOMINICK GIAMMONA, as Funds' Contributions/Deficiency Manager,<br><br>       Plaintiffs,<br><br> -v-<br><br>BLADE CONTRACTING, INC. and BLADE GENERAL CONTRACTING, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 22 Civ. 9609 (JGLC) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, January 3, 2024, the Court orders as follows:

1. The fact discovery deadline is EXTENDED from January 10, 2024 to **February 29, 2024**. No further extensions will be granted absent extraordinary circumstances.

2. By **March 7, 2024**, the parties shall file a joint letter certifying the close of fact discovery. In the letter, the parties shall also state if they require expert discovery, and, if not, if they would like (i) to schedule a settlement conference with the undersigned, (ii) to be referred to the Court-annexed mediation program, or (iii) to proceed with dispositive motions before the Honorable Jessica G. L. Clarke.

Dated:   New York, New York
         January 3, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge