UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, MASON TENDERS DISTRICT COUNCIL PENSION FUND, MASON TENDERS DISTRICT COUNCIL ANNUITY FUND, MASON TENDERS DISTRICT COUNCIL TRAINING FUND, MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND, and DOMINICK GIAMMONA, as Funds' Contributions/Deficiency Manager, <br><br>                           Plaintiffs, <br><br> -v- <br><br> BLADE CONTRACTING, INC. and BLADE GENERAL CONTRACTING, INC., <br><br>                           Defendants. | CIVIL ACTION NO. 22 Civ. 9609 (JGLC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 3, 2024, the Court issued an Order extending to February 29, 2024 the fact discovery deadline and directing that, by March 7, 2024, the parties file a joint letter certifying the close of fact discovery.  (ECF No. 45 ¶¶ 1–2 (the "Order")).  The Order warned the parties that "[n]o further extensions will be granted absent extraordinary circumstances."  (Id. ¶ 1).  The Order also directed that the parties' joint letter state whether the parties require expert discovery, and, if not, whether they would like "(i) to schedule a settlement conference with the undersigned, (ii) to be referred to the Court-annexed mediation program, or (iii) to proceed with dispositive motions before the Honorable Jessica G. L. Clarke."  (Id. ¶ 2).

The parties did not file the joint letter as directed.  Accordingly, the Court deems fact and expert discovery CLOSED.  The Court sua sponte EXTENDS to **March 11, 2024** the parties' deadline

to file a joint letter addressing whether they would like to schedule a settlement conference with the Court, be referred to Court-annexed mediation, or proceed with dispositive motions.

Dated:	New York, New York
	March 8, 2024

SO ORDERED.

_Sarah␣Cave_
SARAH L. CAVE
United States Magistrate Judge
