UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND; MASON TENDERS DISTRICT COUNCIL PENSION FUND; MASON TENDERS DISTRICT COUNCIL ANNUITY FUND; MASON TENDERS DISTRICT COUNCIL TRAINING FUND; MASON TENDERS DISTRICT COUNCIL HEALTH AND SAFETY FUND; and DOMINICK GIAMMONA, as FUNDS' CONTRIBUTIONS/DEFICIENCY MANAGER, | : : : : : : : : : : |

Case No.:
22-cv-09609-JGLC-SLC

**Plaintiffs,**

**JUDGMENT**

v.

BLADE CONTRACTING, INC. and
BLADE GENERAL CONTRACTING INC.,

**Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The summons and complaint in this proceeding having been duly served and filed with the Court; and Defendants having appeared and the issues having been joined; and

An order of Honorable Jessica G. L. Clarke, United States District Judge, having been entered on March 27, 2025 (ECF Dkt. 70) granting in part and denying in part Plaintiffs' motion for summary judgment; and an order of the Court having been entered on March 27, 2026 (ECF Dkt. 85) approving Plaintiffs' proposed methods of calculating interest, liquidated damages, and imputed audit costs; approving Plaintiffs' application for legal fees and costs; and ordering a downward adjustment to Plaintiffs' claim for fringe benefits, dues and PAC contributions; and

Pursuant to said orders, the Court finds Defendants liable to Plaintiffs for damages in the amount of $130,926.56 for unpaid fringe benefit contributions, dues checkoffs and PAC contributions; in the amount of $82,188.71 for accrued interest; in the amount of $82,188.71 for liquidated damages on the delinquent contributions; in the amount of $71,992.86 for imputed

1

audit costs; in the amount of $151,720.50 for reasonable attorneys' fees; in the amount of $2,291.80 for costs and disbursements of this proceeding, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date that the judgment is entered until the date that the judgment is paid in full; it is hereby

**ORDERED and ADJUDGED** that Plaintiffs Mason Tenders District Council Welfare Fund; Mason Tenders District Council Pension Fund; Mason Tenders District Council Annuity Fund; Mason Tenders District Council Training Fund; Mason Tenders District Council Health and Safety Fund; and Dominick Giammona, as Funds' Contributions/Deficiency Manager recover from Defendants Blade Contracting, Inc. and Blade General Contracting Inc., jointly and severally, **the total amount of $521,309.14**, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date that the judgment is entered until the date that the judgment is paid in full, and that the Plaintiffs have execution thereof.

Dated: New York, New York

_____April 14_____, 2026

The Clerk of Court is directed to close the case.

_____
Hon. Jessica G. L. Clarke, U.S.D.J.

_____
Tammi M. Hellwig, Clerk of Court

2